Christopher P. Birkle
Lovell Law Firm, P.C.
175 North 27th Street, Suite 1206
P.O. Box 1415
Billings, MT 59103
Phone: (406) 256-9300
Fax:    (406) 256-9301
I.D. Number: 8046

Attorneys for Plaintiff
South Seattle Auto Auction

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>INCREDIBLE AUTO SALES, LLC,<br><br>Debtor. | Case No. 06-60855<br><br>Adversary No. 06-00120 |
| MANHEIM SERVICES CORPORATION d/b/a SOUTH SEATTLE AUTO AUCTION,<br><br>Plaintiff,<br><br>INCREDIBLE AUTO SALES, LLC,<br><br>Defendant. | **MOTION FOR APPROVAL OF STIPULATION AND TO VACATE PRELIMINARY INJUNCTION HEARING** |

COMES NOW Plaintiff, South Seattle Auto Auction ("Auction"), by and through its undersigned counsel, and moves this Court for an order approving the attached stipulation ("Stipulation"), *attached hereto as Exhibit "A" and incorporated herein by reference*, entered into between Auction, Debtor/Defendant, and creditor Hyundai Motor Finance Company that provides for Auction's requested relief without the need for a

*Motion to Approve Stipulation and Vacate Hearing, page 1 of 3*

preliminary injunction hearing, and to vacate the preliminary injunction hearing set for November 6, 2006 at 2:00 o'clock p.m.

Since the agreement reached does not require an injunction bond, the Court's order should also release the bond which was filed in accordance with the Court's order dated October 26, 2006.

For the Court's convenience, a proposed order has been provided contemporaneously with the instant motion.

WHEREFORE, Auction respectfully requests that the Court enter an order which:

1. Approves the Stipulation and orders that the parties to said Stipulation be bound to perform under its terms;

2. Vacates the preliminary injunction hearing set for November 6, 2006 at 2:00 o'clock p.m.; and

3. Grants such and other further relief as the Court deems just and equitable.

DATED this 6th day of November, 2006.

/s/ Christopher Birkle
Lovell Law Firm, P.C.
P.O. Box 1415
Billings, Montana 59103
Phone: (406) 256-9300
Fax: (406) 256-9301

Attorneys for Plaintiff
South Seattle Auto Auction

## CERTIFICATE OF SERVICE

I hereby certify that, on October ___, 2006, a copy of the foregoing document was served on the following persons by the following means:

   <u>1, 2, 3</u>  CM/ECF

   _____ Hand Delivery

   _____ Mail

   _____ Overnight Delivery Service

   _____ Fax

   <u>1, 2, 3</u>  E-mail

1. William L. Needler
   William L. Needler & Associates
   555 Skokie Blvd., Ste. 500
   Northbrook, IL 60062

2. Clarke B. Rice
   Clark B. Rice, P.C.
   2951 King Avenue West
   Billings, MT 59102

3. Neal Jensen
   Office of the United States Trustee
   Liberty Center, Ste. 204
   301 Central Avenue
   P.O. Box 3509
   Great Falls, MT 59403

                                                          /s/ Christopher P. Birkle
                                                          Lovell Law Firm, P.C.
                                                          Attorney for Creditor