## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

In re

**INCREDIBLE AUTO SALES LLC,**

Debtor.

Case No.  **06-60855-11**

---

**MANHEIM SERVICES CORPORATION
d/b/a SOUTH SEATTLE AUTO
AUCTION,**

Plaintiff.

-vs-

**INCREDIBLE AUTO SALES LLC,**

Defendant.

Adv No.  **06-00120**

# O R D E R

At Butte in said District this 6th day of November, 2006.

Upon review of the Plaintiff's Motion for Approval of Stipulation and to Vacate Preliminary Injunction Hearing filed November 6, 2006, wherein the Plaintiff seeks an order vacating the temporary restraining order hearing set for November 6, 2006, at 2:00 p.m., and approving the stipulation filed by the Plaintiff, the Debtor and the Debtor's floor financing company and good cause appearing,

IT IS HEREBY ORDERED:

1. The Court's hearing on Plaintiff's request for a temporary restraining order scheduled for November 6, 2006, at 2:00 p.m. is vacated;

2. The terms of the Stipulation Re: South Seattle Auto Auction Right of Reclamation filed November 6, 2006, signed by Manheim Services Corporation d/b/a South Seattle Auto Auction ("Auto Auction"), Incredible Auto Sales, LLC ("Incredible") and Hyundai Motor Finance Company ("HMFC") are reasonable and Auto Auction, Incredible and HMFC shall henceforth by bound by the terms;

3. Until further order of this Court, Debtor/Incredible shall not encumber, sell, transfer, trade, or dispose of the Vehicles identified in Exhibit A attached to the Stipulation in any manner;

4. Debtor shall insure Auto Auction as loss payee for the Vehicles;

5. The Vehicles shall be segregated from the Debtor's inventory and clearly identified as not being available for sale or transfer; and

6. Auto Auction and HMFC shall be entitled to inspect the Vehicles during normal business hours, without the requirement to provide advance notice.

BY THE COURT

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana