Charles W. Hingle, #1947
Shane P. Coleman, #3417
Jason S. Ritchie, # 7442
Holland & Hart LLP
401 North 31st Street
Suite 1500
P.O. Box 639
Billings, MT  59103-0639
Telephone:  (406) 252-2166
Fax:  (406) 252-1669

ATTORNEYS FOR DEFENDANT
HYUNDAI MOTOR FINANCE COMPANY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE: | Case No. 06-60855 |
| INCREDIBLE AUTO SALES, LLC, | Adversary No. 06-00120 |
| Debtor. | |
| MANHEIM SERVICES CORPORATION dba SOUTH SEATTLE AUTO AUCTION, | |
| Plaintiff, | **ANSWER OF HYUNDAI MOTOR FINANCE COMPANY** |
| v. | |
| INCREDIBLE AUTO SALES, LLC, and HYUNDAI MOTOR FINANCE COMPANY, | |
| Defendants. | |

Defendant Hyundai Motor Finance Company ("HMFC") submits the following Answer to Plaintiff's Complaint.

## FIRST DEFENSE

With respect to the individually numbered paragraphs of Plaintiff's Complaint, HMFC responds as follows:

1. HMFC admits the allegations of paragraph 1 of Plaintiff's Complaint.

2. HMFC admits the allegations of paragraph 2 of Plaintiff's Complaint.

3. HMFC admits the allegations of paragraph 3 of Plaintiff's Complaint.

4. HMFC lacks sufficient information to admit or deny the allegations of paragraph 4 of Plaintiff's Complaint and therefore denies the same.

5. HMFC admits the allegations of paragraph 5 of Plaintiff's Complaint.

6. HMFC admits the allegations of paragraph 6 of Plaintiff's Complaint.

7. In response to paragraph 7 of Plaintiff's Complaint, Defendant HMFC incorporates all preceding responses as though set forth fully herein.

8. On information and belief, HMFC admits the allegation of paragraph 8 of Plaintiff's Complaint.

9. On information and belief, HMFC admits the allegation of paragraph 9 of Plaintiff's Complaint.

10. On information and belief, HMFC admits the allegation of paragraph 10 of Plaintiff's Complaint.

11. HMFC lacks sufficient information to admit or deny the allegations of paragraph 11 of Plaintiff's Complaint and therefore denies the same.

12. HMFC lacks sufficient information to admit or deny the allegations of paragraph 12 of Plaintiff's Complaint and therefore denies the same.

## COUNT I

13. In response to paragraph 13 of Plaintiff's Complaint, Defendant HMFC incorporates all preceding responses as though set forth fully herein.

14. HMFC lacks sufficient information to admit or deny the allegations of paragraph 14 of Plaintiff's Complaint and therefore denies the same.

15. HMFC lacks sufficient information to admit or deny the allegations of paragraph 15 of Plaintiff's Complaint and therefore denies the same.

16. HMFC denies the allegations of paragraph 16 of Plaintiff's Complaint.

17. HMFC denies the allegations of paragraph 17 of Plaintiff's Complaint.

## COUNT II

18. In response to paragraph 18 of Plaintiff's Complaint, Defendant HMFC incorporates all preceding responses as though set forth fully herein.

19. HMFC denies the allegations of paragraph 19 of Plaintiff's Complaint.

20. HMFC denies the allegations of paragraph 20 of Plaintiff's Complaint.

21. HMFC denies the allegations of paragraph 21 of Plaintiff's Complaint.

## SECOND DEFENSE

HMFC holds a properly perfected security interest in some or all of the vehicles for which reclamation is sought. Plaintiff is not entitled to reclaim those vehicles because doing so would impair HMFC's security interest. See 11 U.S.C. § 546(c).

WHEREFORE HMFC prays as follows:

1. That Plaintiff take nothing by its Complaint;

2. That the Court enter an Order declaring that HMFC holds a valid security interest in the subject vehicles and that Plaintiff's reclamation rights, if any, are subject to HMFC's security interest;

2. That HMFC be awarded its costs incurred in defending this action; and

3. That the Court award HMFC such other and further relief that the Court deems proper.

Dated this 15th day of November, 2006.

/s/ Shane P. Coleman
Shane P. Coleman, #3417
Holland & Hart LLP
401 North 31st Street
Suite 1500
P.O. Box 639
Billings, MT 59103-0639

ATTORNEYS FOR DEFENDANT HYUNDAI MOTOR FINANCE COMPANY

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2006, I served a true and correct copy of the foregoing, addressed as follows and by the method shown below:

| | |
|---|---|
| William L. Needler<br>P.O. Box 177<br>Fuller Building Suite H<br>2 North Spruce Street<br>Ogallala NE 69153<br>williamlneedler@aol.com | [ ] U.S. Mail, postage prepaid<br>[X] Electronic service<br>[ ] Overnight Delivery |
| Office of the U.S. Trustee<br>U.S. Trustee's Office<br>Liberty Center Suite 204<br>301 Central Avenue<br>Great Falls MT 59401 | [ ] U.S. Mail, postage prepaid<br>[X] Electronic service<br>[ ] Overnight Delivery |
| Christopher P. Birkle<br>Lovell Law Firm, P.C.<br>175 North 27th Street, Suite 1206<br>P.O. Box 1415<br>Billings, MT 59103 | [ ] U.S. Mail, postage prepaid<br>[X] Electronic service<br>[ ] Overnight Delivery |
| Clarke B. Rice<br>2951 King Avenue West<br>Billings MT 59102 | [x] U.S. Mail, postage prepaid<br>[ ] Electronic service<br>[ ] Overnight Delivery |

/s/ Shane P. Coleman

3622358_1.DOC