IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| In re:<br><br>INCREDIBLE AUTO SALES, LLC,<br><br>Debtor. | Case No. 06-60855<br><br>Adversary No. 06-00120 |
|---|---|
| MANHEIM SERVICES CORPORATION d/b/a SOUTH SEATTLE AUTO AUCTION,<br><br>Plaintiff,<br><br>INCREDIBLE AUTO SALES, LLC, and HYUNDAI MOTOR FINANCE COMPANY,<br><br>Defendant. | **ENTRY OF DEFAULT** |

-------------------------------------------------

On Application of Plaintiff and finding that the Defendant has failed to answer or reply as provided for under Federal Rules of Bankruptcy Procedure, Rule 7055, and Federal Rules of Civil Procedure, Rule 55.   Default is hereby entered.

Defendant, Incredible Auto Sales, LLC, is taxed the following costs:

    1. Filing Fee - $250.00.

                                 DATED this 16th day of January, 2007.

                                  /s/ Pamela Cunningham
                                 Pamela Cunningham, Deputy Clerk