IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>INCREDIBLE AUTO SALES, LLC,<br><br>Debtor. | Case No. 06-60855<br><br>Adversary No.  06-00120 |
| MANHEIM SERVICES CORPORATION d/b/a SOUTH SEATTLE AUTO AUCTION,<br><br>Plaintiff,<br><br>INCREDIBLE AUTO SALES, LLC, and HYUNDAI MOTOR FINANCE COMPANY,<br><br>Defendant. | **JUDGMENT** |

-----------------------------------------------------

At Butte in said District this 16th day of January, 2007.

Upon review of Plaintiff's Motion for Default Judgment filed on January 16, 2007, Defendant Incredible Auto Sales, LLC's default having been entered on January 16, 2007, and good cause appearing, the Court enters the following judgment against Defendant Incredible Auto Sales, LLC ("Incredible Auto").

**IT IS ORDERED AND JUDGMENT IS MADE** and entered, to-wit:

1.  Allegations found within Plaintiff's complaint are not disputed by Incredible Auto, and are therefore deemed admitted.

2.  Incredible Auto has no right or interest to the ten vehicles or the proceeds thereof subject to Plaintiff's reclamation claim listed on Exhibit "A", attached to Plaintiff's Complaint.

3.  Plaintiff may file a bill of costs as appropriate

BY THE COURT

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana