Christopher P. Birkle
Lovell Law Firm, P.C.
175 North 27th Street, Suite 1206
P.O. Box 1415
Billings, MT 59103
Phone: (406) 256-9300
Fax:     (406) 256-9301
I.D. Number: 8046
E-mail: cbirkle@lancelovell.com
Attorneys for Creditor
South Seattle Auto Auction

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>INCREDIBLE AUTO SALES, LLC,<br><br>Debtor. | Case No. 06-60855<br><br>Adversary No.  06-00120 |
| MANHEIM SERVICES CORPORATION d/b/a SOUTH SEATTLE AUTO AUCTION,<br><br>Plaintiff,<br><br>vs.<br><br>HYUNDAI MOTOR FINANCE COMPANY,<br><br>Defendant. | **STATUS REPORT** |

-----------------------------------------------

COMES NOW the Plaintiff, South Seattle Auto Auction ("SSAA"), by and through its undersigned counsel, and submits the following status report.

SSAA and Hyundai Motor Finance Company have entered into an agreement that resolves this adversary proceeding. The parties anticipate memorializing their agreement and filing the same with a joint motion for the Court's approval by the end of next week. The parties also anticipate submitting a stipulation to dismiss the adversary proceeding by the end of next week.

DATED this 26th day of January, 2007.

By: /s/ Christopher Birkle
Attorney for South Seattle Auto Auction

### CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 26th day of January, 2007, a copy of this status report was served upon counsel of record by the following method:

| 1,2 3, 4 | CM/ECF |
| --- | --- |
| _____ | Hand Delivery |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. Clarke B. Rice
   2951 King Avenue West
   Billings, MT 59102

2. William L. Needler
   William L. Needles and Associates
   555 Skokie Blvd. Ste. 500
   Northbrook, IL 60062

3.	Neal Jensen
	U.S. Trustee
	Liberty Center, Ste. 204
	301 Central Avenue
	P.O. Box 3509
	Great Falls, MT 59403

4.	Charles W. Hingle
	Shane Coleman
	P.O. Box 639
	Billings, MT 59103-0639

/s/ Christopher Birkle
Attorney for South Seattle Auto Auction