Christopher P. Birkle
Lovell Law Firm, P.C.
175 North 27th Street, Suite 1206
P.O. Box 1415
Billings, MT 59103
Phone: (406) 256-9300
Fax:    (406) 256-9301
I.D. Number: 8046
E-mail: cbirkle@lancelovell.com
Attorneys for Creditor
South Seattle Auto Auction

Shane P. Coleman
Holland & Hart, LLP
401 North 31st Street, Suit 1500
P.O. Box 639
Billings, MT 59103-0639
Telephone: (406) 252-2166
Fax: (406) 252-1669
Attorneys for Creditor
Hyundai Motor Finance Company

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re: <br><br> INCREDIBLE AUTO SALES, LLC, <br><br> Debtor. | Case No. 06-60855 <br><br> Adversary No. 06-00120 |
| MANHEIM SERVICES CORPORATION d/b/a SOUTH SEATTLE AUTO AUCTION, <br><br> Plaintiff, <br><br> vs. <br><br> HYUNDAI MOTOR FINANCE COMPANY, <br><br> Defendant. | **JOINT MOTION TO VACATE TRIAL** |

*Joint Motion to Vacate Trial, page 1 of 4*

---

COME NOW the Plaintiff, South Seattle Auto Auction ("SSAA"), and Defendant, Hyundai Motor Finance Company ("HMFC"), through their respective counsel, and submit the following joint motion to vacate the trial scheduled for Monday, February 5, 2007, in the above-captioned matter.

To prevent any uncertainty by the Court as to why no pretrial briefs were filed, the undersigned counsel for SSAA filed a status report on January 26, 2007, notifying the Court that the parties reached an agreement to resolve this adversary proceeding. The undersigned counsel for SSAA anticipated that a settlement agreement and corresponding documents would be executed and filed for the Court's approval prior to the trial date. However, due to scheduling conflicts between SSAA's undersigned counsel and SSAA's authorized representative, execution and filing of the settlement agreement for the Court's approval cannot be accomplished until next week.

As a result, the undersigned attorneys of record respectfully move the Court to vacate the trial since it is unnecessary for resolution of this adversary proceeding.

DATED this 2nd day of February, 2007.

>LOVELL LAW FIRM, P.C.
>175 North 27th Street, Suite 1206
>P.O. Box 1415
>Billings, MT 59103
>
>By: /s/ Christopher Birkle
>    Christopher Birkle
>    Attorneys for South Seattle Auto Auction

DATED this 2nd day of February, 2007.

> HOLLAND & HART, LLP
> 401 North 31st Street, Suite 1500
> Billings, MT 59101
>
> By: /s/ Shane P. Coleman
> Shane P. Coleman
> Attorneys for Hyundai Motor Finance Company

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 2nd day of February, 2007, a copy of this joint motion was served upon counsel of record by the following method:

1,2 3     CM/ECF

\_\_\_\_\_     Hand Delivery

\_\_\_\_\_     Overnight Delivery Service

\_\_\_\_\_     Fax

\_\_\_\_\_     E-Mail

1. Charles W. Hingle
   Shane Coleman
   P.O. Box 639
   Billings, MT 59103-0639

2. Neal Jensen
   U.S. Trustee
   Liberty Center, Ste. 204
   301 Central Avenue
   P.O. Box 3509
   Great Falls, MT 59403

3. Bruce F. Fain
Murphy, Kirkpatrick & Fain, P.L.L.P.
208 North Broadway, Suite 208
P.O. Box 429
Billings, Montana 59103
Attorneys for Creditor
Auto Auction of Montana

/s/ Christopher Birkle
Attorney for South Seattle Auto Auction