IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re                                      Case No. **06-60855**

**INCREDIBLE AUTO SALES, LLC,**            Adversary No. **06-00120**

      Debtor.

**MANHEIM SERVICES
CORPORATION** d/b/a SOUTH
SEATTLE AUTO AUCTION,
                                           **ORDER**
      Plaintiff,

      vs.

**HYUNDAI MOTOR FINANCE
COMPANY**,

      Defendant.

      At Butte in said District this 2nd day of February, 2007.

      Upon review of the parties' Joint Motion to Vacate Trial filed on February 2, 2007, and good cause appearing, the Court enters the following order.

      IT IS ORDERED that the trial presently scheduled in this adversary proceeding for February 5, 2007, is hereby VACATED; that on or before February 20, 2007, the parties shall file their settlement agreement along with a joint motion and proposed order for this Court's approval of said agreement.

      BY THE COURT

      */s/ Ralph B. Kirscher*
      HON. RALPH B. KIRSCHER
      U.S. Bankruptcy Judge
      United States Bankruptcy Court
      District of Montana