# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

In re

**INCREDIBLE AUTO SALES LLC**,

Debtor.

Case No. **06-60855-11**

**MANHEIM SERVICES CORPORATION d/b/a SOUTH SEATTLE AUTO AUCTION**,

Plaintiff.

-vs-

**INCREDIBLE AUTO SALES LLC**,

Defendant.

Adv No. **06-00120**

# O R D E R

At Butte in said District this 20th day of February, 2007.

Upon review of the parties' Joint Motion to Approve Settlement Agreement filed on February16, 2007, and good cause appearing, the Court enters the following order.

**IT IS ORDERED** that Joint Motion to Approve Settlement Agreement is GRANTED.

**IT IS FURTHER ORDERED** that the funds from the sale of SSAA vehicles currently located in escrow shall be disbursed according to the parties' Settlement Agreement.

**IT IS FURTHER ORDERED** that the Injunction Bond filed October 27, 2006 (Doc. No. 6) is RELEASED.

**IT IS FURTHER ORDERED** that this action, being fully resolved, is hereby

DISMISSED WITH PREJUDICE, each party to bear their own costs.

BY THE COURT

/s/ Ralph B. Kirscher
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana